**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EARL JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-974** |
| **N. BURL CAIN, WARDEN** | **SECTION "E"(1)** |
| **LOUISIANA STATE PENITENTIARY** | |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Earl Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _____5th_____ day of November, 2013.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**